UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                  :

LESALDO SHALTO,                          :

                    Plaintiff,     :

                                      :        24 Civ. 7484 (LGS)

-against-                                     :

                                      :        <u>ORDER</u>

CAFÉ 24/7, et al.,                      :

                  Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a discovery conference to discuss Plaintiff's proposed motion to compel Defendants to produce certain documents and counsel for Defendant Café 24/7's motion to withdraw was held on March 11, 2025. As discussed at the conference, it is hereby

        **ORDERED** that the deadline to complete fact discovery is extended to **April 1, 2025**, without prejudice to further extension. The deadline to complete expert discovery is extended to **May 16, 2025**. A Second Amended Case Management Plan will issue separately. It is further

        **ORDERED** that, by **March 14, 2025**, counsel for Defendant Café 24/7 shall file a letter providing a date, certain or approximate, by which Mr. Hashem represents that he will vacate Café 24/7, or explaining why counsel is not providing such a date. The motion to withdraw filed by counsel for Defendant Café 24/7 is held in abeyance pending receipt of that letter. It is further

        **ORDERED** that, by **March 28, 2025**, the parties shall file a joint status letter including but not limited to the status of any settlement discussions and discovery disputes, and proposing next steps in this action, including any further discovery (with a proposed amended case management plan) and any proposed motions.

Dated: March 11, 2025
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE